

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-14-00354-CV

IN RE ALLEN F. CALTON                               RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 153-270690-14

----------

## MEMORANDUM OPINION[1]

----------

Relator filed a petition for writ of mandamus asking this court to compel the trial court to rule on his motion for appointment of counsel to represent Steve Schiller and his motion for default judgment. Because the trial court has ruled on Relator's motions, this court is of the opinion that relief should be denied. Accordingly, Relator's petition for writ of mandamus is denied as moot.

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4.

PANEL:  GARDNER, DAUPHINOT, and WALKER, JJ.

DELIVERED:  December 9, 2014